UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GLASS,<br><br>                  Plaintiff<br><br>   v.<br><br>FEATHERLY,<br><br>                  Defendant | Case No. 3:22-cv-00280-ART-CLB<br><br>ORDER |

      Pro se plaintiff Michael Glass brings this civil-rights lawsuit to redress constitutional violations he alleges he suffered while he was incarcerated at Ely State Prison. (ECF No. 5). On August 19, 2022, the Court screened Glass's complaint, allowing the Eighth Amendment excessive-force claim to proceed and staying this action for 90 days to allow the parties an opportunity to settle their differences. (ECF No. 4 at 5). On September 27, 2022, the Court ordered the parties to mediate with a court-appointed mediator, and scheduled that mediation to occur on December 13, 2022. (ECF No. 7).

      The Court has received notice that its September 27, 2022, mediation order was returned as undeliverable to Glass. (ECF No. 9). According to the Nevada Department of Corrections inmate database, Glass is no longer at the address he provided to the Court, and he might be housed at High Desert State Prison. Glass is reminded that Nevada Local Rule IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court will grant Glass a 30-day extension of time to correct this deficiency.

**I.    CONCLUSION**

      It is therefore ordered that plaintiff Michael Glass has until **November 7, 2022,** to file his updated address with the Clerk of the Court.

Glass is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

The Clerk of the Court is directed to (1) serve this order on plaintiff Glass at the address listed for him with the Court in the ordinary course and (2) electronically send courtesy copies of this order and the Court's September 27, 2022, mediation order (ECF No. 7) to Michael Glass, #1196925 at the electronic address listed with the Court for High Desert State Prison's law library.

DATED THIS 6th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE