UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL GLASS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FEATHERLY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-CV-00280-ART-CLB<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND AND TO ADD A PLAINTIFF**<br><br>[ECF Nos. 19, 20] |

　　　　Before the Court is Plaintiff Michael Glass's ("Glass") motion for leave to file an amended complaint, (ECF No. 19), and a motion to add a Plaintiff (ECF No. 20), which are identical documents. For the reasons discussed below, the Court denies the motions.

　　　　Federal Rule of Civil Procedure 15(a)(1) allows a party to amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(2) further instructs that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave [to amend a pleading] when justice so requires," and there is a strong public policy in favor of permitting amendment. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999). Further, LR 15-1 requires a party to <u>attach proposed amended pleadings to a motion</u> seeking leave of court to file an amended pleading.

　　　　Here, Glass filed a motion for leave to amend, but did not attach his proposed amended pleading. Accordingly, the Court denies Glass's motion, (ECF No. 19), for his failure to follow LR 15-1.

　　　　Additionally, to the extent Glass is attempting to add another inmate Plaintiff to his case, he is advised that while *pro se* litigants have the right to plead and conduct their own cases personally, *pro se* litigants do not have authority to represent anyone other than themselves. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) (stating that a non-attorney plaintiff may not pursue a claim on behalf of others in a

representative capacity).

Accordingly, **IT IS ORDERED** that Glass's motion for leave to file an amended complaint and motion to add a Plaintiff, (ECF No. 19, 20), are **DENIED**.

DATED: March 29, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**