# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL GLASS,<br><br>        Plaintiff,<br><br>    v.<br><br>FEATHERLY, *et. al.*,<br><br>        Defendants. | Case No. 3:22-cv-00280-ART-CLB<br><br>**ORDER GRANTING MOTION TO CONTINUE**<br><br>[ECF No. 28] |

Before the Court is Defendants' motion to continue the case management conference ("CMC") currently set for May 22, 2023. (ECF No. 28.) Defendants ask that the CMC be continued based on High Desert State Prison not having any rooms available for the Plaintiff to conduct the CMC by telephone. (*Id.*)

Good cause appearing, the motion, (ECF No. 28), is **GRANTED**. The case management conference currently set for May 22, 2023 is hereby **VACATED** and **RESCHEDULED** to **Tuesday, May 23, 2023 at 11:00 AM**. The Court notes that this is a one-time, courtesy extension. No extensions will be granted for CMCs in the future due to alleged claims of "no rooms being available" for a prisoner to use for a hearing.

**IT IS SO ORDERED.**

**DATED**: May 16, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**