# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL GLASS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FEATHERLY, *et. al.,*<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-00280-CLB<br><br>**ORDER DISMISSING DEFENDANT FOR LACK OF SERVICE PURSUANT TO FED. R. CIV. P. 4(m)** |

The amended complaint in this action was filed on May 3, 2023. (ECF No. 27.) The Court issued a notice of intent to dismiss Defendant NDOC Central Admin. Inmate Services pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by October 12, 2023. (ECF No. 39.) To date, no such proof of service has been filed.

Accordingly, **IT IS ORDERED** that the claims against NDOC Central Admin. Inmate Services are dismissed without prejudice.

**DATED**: October 13, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**