# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL GLASS,<br><br>                      Plaintiff,<br><br>   v.<br><br>FEATHERLY, *et. al.*,<br><br>                   Defendants. | Case No. 3:22-CV-00280-CLB<br><br>**ORDER WITHDRAWING ORDER DISMISSING DEFENDANT FOR LACK OF SERVICE PURSUANT TO FED. R. CIV. P. 4(m)**<br><br>[ECF Nos. 40, 41] |

On October 13, 2023, the Court issued an order dismissing Defendant NDOC Central Admin. Inmate Services pursuant to Fed. R. Civ. P. 4(m) because no proof of service was filed. (ECF No. 40.) On October 18, 2023, Plaintiff Michael Glass filed a motion to extend time to file proof of service. (ECF No. 41.) Therefore, the Court withdraws its previous order, (ECF No. 40), and will allow Glass an additional thirty days to file proof of service of NDOC Central Admin. Inmate Services. The Court will not grant any further extensions for proof of service.

**IT IS THEREFORE ORDERED** that the Court's order, (ECF No. 40), is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Glass must provide the Court with proof of service of NDOC Central Admin. Inmate Services by **Monday, November 23, 2023**.

**IT IS SO ORDERED.**

**DATED**: <u>October 19, 2023</u>.

                                     _____
                                     **UNITED STATES MAGISTRATE JUDGE**