UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL GLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEATHERLY, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:22-CV-00280-CLB<br><br>**ORDER REGARDING PLAINTIFF'S MISCELLANEOUS MOTIONS**<br><br>[ECF Nos. 49, 50] |

Before the Court are two motions filed by Plaintiff Michael Glass ("Glass") on February 5, 2024. First, Glass filed a motion for the reproduction of Defendants' motion for summary judgment. (ECF No. 50.) Next, Glass filed a motion to extend time to file a response to Defendants' motion for summary judgment. (ECF No. 49.) Both motions claim that Glass was not provided a legible copy of Defendants' motion for summary judgment by the Nevada Department of Corrections ("NDOC") facility at which he is housed. (*See* ECF Nos. 49, 50.) The Court will address each motion in turn.

First, Glass requests that the Court provide him with a readable copy of the motion for summary judgment so he can properly oppose the motion. (ECF No. 50.) It is not the Court's obligation to provide litigants, even indigent ones, with copy services. However, in the interest of judicial economy and due to Glass's claims that he did not receive a legible copy of this motion in the first instance, the Court will grant Glass's request in this instance. Therefore, Glass's motion is granted, and the Clerk is directed to mail a copy of the motion for summary judgment and exhibits, (ECF No. 45), to Glass at High Desert State Prison.

Next, the Court will address Glass's request for a 90-day extension of time to file an opposition to Defendants' motion for summary judgment. (ECF No. 49 at 3-4.) Glass explains the extension is necessary to allow time to receive a readable copy of the motion and to allow Glass and his "inmate substitute counsel" to review the case file and

evidence. These reasons are insufficient to support a 90-day extension for the deadline.

Defendants' motion for summary judgment was filed on January 10, 2024. (ECF No. 45.) The following day, Glass was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 47). In this notice, Glass was explicitly advised that he was required to file his opposition within 21 days after receipt of the motion. (ECF No. 47.) However, Glass did not file a timely opposition, nor did he file a timely motion for an extension of time. In spite of this, the Court *sua sponte* extended the deadline for Glass to file an opposition to the motion for summary judgment by no later than March 4, 2024. (ECF No. 48.)

In his motion, Glass has not sufficiently explained why he needs over four times the amount of time ordinarily allowed for an opposition to a motion for summary judgment. Moreover, as the Court has already extended the date for his opposition by 30 days prior to the receipt of this motion, the requested extension is partially moot. However, given Glass's claimed difficulties in receiving a legible copy of the motion for summary judgment, the Court finds that some additional time to file an opposition is appropriate.

Therefore, Glass's motion for extension of time, (ECF No. 49), is granted, in part and denied, in part. Specifically, the Court extends the deadline to file the opposition to Defendants' motion for summary judgment by an additional 14 days. Therefore, Glass shall have until **Monday, March 18, 2024**, to file an opposition to Defendants' motion for summary judgment. Glass is advised that **no further extensions of time will be granted absent extraordinary circumstances.** If Glass fails to file an opposition, the motion for summary judgment will be submitted to the court for decision.

**IT IS THEREFORE ORDERED** that Glass's motion, (ECF No. 50), is granted and the Clerk is directed to mail a copy of Defendants' motion for summary judgment and exhibits, (ECF No. 45), to Glass at High Desert State Prison.

**IT IS FURTHER ORDERED** that Glass's motion for extension of time, (ECF No. 49), is **GRANTED, in part and DENIED, in part** such that Glass's response to

Defendants' motion for summary judgment, (ECF No. 45), is now due on or before **Monday, March 18, 2024**.

**IT IS SO ORDERED.**

**DATED**: February 6, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**