UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL GLASS,<br><br>                          Plaintiff,<br><br>   v.<br><br>FEATHERLY, *et al.*,<br><br>                        Defendants. | Case No. 3:22-CV-00280-CLB<br><br>**ORDER TO FILE OPPOSITION OR RESPONSE TO MOTION FOR RECONSIDERATION** |

On April 25, 2024, Defendants filed a motion for reconsideration of the Court's order denying their motion for summary judgment. (ECF No. 54). An opposition or response to this motion was due on or before May 9, 2024. To date, Plaintiff has failed to file an opposition or otherwise respond to the motion.

Accordingly, the Court *sua sponte* grants Plaintiff one 14-day extension of time to to file an opposition to the motion for reconsideration, which is now due on or before **Tuesday, June 11, 2024**. No further extensions of time shall be granted. If Plaintiff fails to file an opposition or otherwise respond to the motion, the motion will be submitted to the Court for decision as unopposed and may result in the dismissal of this case.

**IT IS SO ORDERED.**

DATED: _May 28, 2024_____

_____
UNITED STATES MAGISTRATE JUDGE